IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| Rachel Lynn Cannady, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:19-cv-00609-HFS |
| Hy-Vee, Inc., | ) |
| Defendant. | ) |

**ORDER**

Pending before the Court is Plaintiff's motion to stay all proceedings in this matter except those related to the pending Motion to Remand until this Court rules on the pending Motion to Remand. (Doc. 7). The stay request is reasonable and the motion for stay is GRANTED. All pretrial deadlines are stayed until the Court rules on the pending motion to remand.

  /s/ Howard F. Sachs
**HOWARD F. SACHS**
UNITED STATES DISTRICT JUDGE

September 16, 2019
Kansas City, Missouri